No. 263 March 26, 2025 279

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of X. M.,
a minor child,

Sandi Kristina Nickol GIBBS,
*Petitioner-Respondent,*
*and*

Aystin MOORE,
*Respondent-Appellant.*

Yamhill County Circuit Court
21DR06448; A183405

Jennifer K. Chapman, Judge.

Argued and submitted February 18, 2025.

Aystin Moore argued the cause and filed the brief *pro se*.

No appearance for respondent.

Before Ortega, Presiding Judge, Hellman, Judge, and Mooney, Senior Judge.

ORTEGA, P. J.

Affirmed.

**ORTEGA, P. J.**

Father appeals a judgment addressing custody, parenting time, and child support as to the parties' joint child. Father has not asserted a clear assignment of error, but he has raised a variety of arguments criticizing the trial court's actions. We have reviewed the court's judgment and find no basis for reversal.

Affirmed.